# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WILLIAM JOSPEH SCHIMANSKEY,

        Petitioner,

        v.

MAGGIE MILLER-STOUT,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5154-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED with prejudice as untimely under 28 U.S.C. § 2244(d).

March 22, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia